**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 4:02CR273 |
| | ) | |
| Plaintiff | ) | Judge David D. Dowd, Jr. |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R** |
| Marlan B. Everson | ) | |
| | ) | |
| Defendant | ) | |

   A violation Report was filed in this case on June 1, 2009, and the Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a Report and Recommendation. A Report and Recommendation (docket #247) was filed on June 17, 2009. The defendant and Attorney Sam Amendolara appeared before this Court on November 13, 2009. The Court finds the defendant in violation of his terms and conditions of supervised release as stated in the violation report and further, the Court adopts the Report and Recommendation of the Magistrate Judge.

   IT IS ORDERED that the defendant serve a period of three months in a halfway house with work release privileges and at the direction of the probation department.

 

 November 13, 2009                     *s/David D. Dowd, Jr.*
    Date                                  DAVID D. DOWD, JR.
                                             U. S. DISTRICT JUDGE